BILAL A. ESSAYLI  
Acting United States Attorney  
By: ROSALIND WANG (714-338-3547)  
United States Courthouse  
411 W. 4th Street  
Santa Ana, CA 92701

JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　PLAINTIFF,<br><br>　　　v.<br><br>ALIREZA HAMEDANI,<br><br>　　　　　　　　　DEFENDANT | CASE NUMBER<br><br>8:25-MJ-00614<br><br>**ORDER FOR DISMISSAL<br>OF MAGISTRATE'S COMPLAINT** |

　　A Magistrate's Complaint having been filed before United States Magistrate Judge Karen E. Scott in Santa Ana, California, against the above-named defendant, charging violation of Title 18, United States Code, Section 111(a)(1),(b), and the United States Attorney's Office having moved for a dismissal of the complaint by the presentment of this Order,

　　IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant ALIREZA HAMEDANI without prejudice and that bond be exonerated on this charge.

Date: September 23, 2025

　　　　　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　　　　Douglas F. McCormick  
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

*/s/Rosalind Wang*  
ROSALIND WANG  
Assistant United States Attorney

**Complaint Filed: 7/28/25**

**cc: United States Probation and Pretrial**

**Is the person in custody?**  
YES　☐  
NO　☑